FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 3 1 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MARY ARMSTRONG**                                                                 **PLAINTIFF**

**VS.**                                           **NO.4:05CV00522 WRW**

**WAL-MART STORES, INC.**                                                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Dismissal without prejudice in accordance with Fed. R. Civ. P. 41(a).[1]   Defendant filed its Response, stating that it did not object to the Motion if curative conditions were imposed.[2]  Specifically, Defendant requests that Plaintiff should not be allowed to engage in further discovery if she re-files Complaint.   Defendant admits that it has not spent extensive effort and expense, but states that Plaintiff has not been diligent and does not offer any explanation for her lack of diligence.

A decision whether to allow a party to voluntarily dismiss a case rests upon the sound discretion of the court.[3] In exercising that discretion, a court should consider factors such as whether the dismissal would result in a waste of judicial time and effort;[4] and whether a dismissal will

_____

[1]Doc. No. 11.

[2]Doc. No. 12.

[3]*Bodecker v. Local Union No. P-46*, 640 F.2d 182, 186 (8th Cir. 1981).

[4]*Tikkanen v. Citibank N.A.*, 801 F. Supp. 270, 273-74 (D. Minn. 1992).

prejudice the defendants.[5] Moreover, a party is not allowed to dismiss merely to escape an adverse decision nor to seek a more favorable forum. [6]

In this case, I find that the defendant will not be prejudiced; a dismissal without prejudice will not result in a waste of judicial time and effort; and Plaintiff is not seeking to avoid any pending Motions to Dismiss or Motions for Summary Judgment.   In view of this, Plaintiff's Motion is GRANTED.   Defendant's response and its objections are noted and saved.   Defendant's request for "curative conditions" is DENIED.


IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE
William R. Wilson


THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3 31 05 BY _____

---

[5]*Metropolitan Federal Bank of Iowa, F .S. B. v. W. R. Grace & Co.* , 999 F.2d 1257, 1262 (8th Cir. 1993).

[6]*Holmgren v. Massey-Ferguson, Inc.*, 516 F.2d 856, 857 n.1 (8th Cir. 1993).

ct

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 31, 2005

* * MAILING CERTIFICATE OF CLERK * *

Re:  4:04-cv-00522.

True and correct copies of the attached were mailed by the clerk to the
following:

    Darrell F. Brown, Esq.
    Attorney at Law
    The Lafayette Building
    523 South Louisiana
    Suite 550
    Little Rock, AR  72201

    Eva C. Madison, Esq.
    Wright, Lindsey & Jennings, LLP
    903 North 47th Street
    Suite 101
    Rogers, AR  72756

    press

                                          James W. McCormack, Clerk

Date:  4/1/05                             BY: